UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREVOR BAILEY,

                                    Plaintiff,

                    -against-

DOE,

                                    Defendant.

25 CIVIL 2257 (LTS)

CIVIL JUDGMENT

For the reasons stated in the June 3, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

 Dated:    June 5, 2025
           New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge